

## NUMBER 13-13-00681-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**PABLO PEREZ III A/K/A
PABLO PERZ A/K/A PABLO
MALDONADO PEREZ A/K/A
PAUL PEREZ A/K/A
ESTEBAN ALACRON TORRES,**                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

On appeal from the 404th District Court
of Cameron County, Texas.

## MEMORANDUM OPINION

Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam

Appellant, Pablo Perez III a/k/a Pablo Perez a/k/a Pablo Maldonado Perez a/k/a

Paul Perez a/k/a Esteban Alacron Torres, attempts to appeal his conviction for indecency

with a child. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On December 23, 2013, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

On January 27, 2014, counsel filed a letter brief with this Court. Counsel's response does not establish that the certification currently on file with this Court is incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of April, 2014.